IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-3279-AP**

**In re: MARK MILLER and JAMILEH MILLER**

   Debtors.

**MARK MILLER,**
**JAMILEH MILLER,**

   Appellants,

v.

**DEUTSCH BANK NATIONAL TRUST COMPANY,**

   Appellee.

## ORDER

Kane, J.

  This matter is before the Court on the Motion for 20 Day Extension of Time to Submit Appellants' Opening Brief to and including February 28, 2013 (doc. #9), filed February 7, 2013. The effort to confer regarding the relief sought in this motion was appropriate, indeed required, under D.C.COLO.LCivR 7.1A. In light of Appellee's opposition to the extension of time requested, appellee shall file a response to the motion on or before February 13, 2013. Briefing is tolled pending receipt of the response and until further order of the Court.

  Dated this 8th day of February, 2013.

                BY THE COURT:

                *s/John L. Kane*
                John L. Kane, Senior Judge
                United States District Court