**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 12-cv-03279-PAB

IN RE

MARK S. MILLER and
JAMILEH MILLER,

    Plaintiffs/Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY and
SALLY J. ZEMAN, Trustee,

    Defendants/Appellees.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Philip A. Brimmer, United States District Judge, on September 4, 2013,

    IT IS ORDERED that the December 4, 2012 Order and Judgment of the United States Bankruptcy Court [Docket No. 8-2 at 220, 247] are AFFIRMED.

    IT IS FURTHER ORDERED that this case is DISMISSED.

    Dated at Denver, Colorado this 6th day September, 2013.

                                  ENTERED FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Edward P. Butler
                                  Edward P. Butler, Deputy Clerk